IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS MARSHAY HILL
ADC #0033839                                                                PLAINTIFF

v.                         No. 3:22-cv-58-DPM

FALICIA ROWLAND, Lt.,
Greene County Detention Center;
ROBERT CASE, Administrator,
Greene County Detention Center;
BRENT COX, Administrator,
Greene County Detention Center;
JAMES GLEN, Officer/CEO,
Greene County Detention Center;
MORGAN ROBERTSON, Officer/CEO,
Greene County Detention Center;
MATTHREWS ELKS, Officer/CEO,
Greene County Detention Center;
CHAD DANIEL, Officer/CEO,
Greene County Detention Center;
DILLON MASON, Sgt.,
Greene County Detention Center;
ALEX MAURY, Corporal,
Greene County Detention Center;
TRISLIAN GREASEY, Officer/CEO,
Green County Detention Center;
JUSTIN KAYOB, Officer/CEO,
Greene County Detention Center;
CHARLES MOSS, Officer/CEO,
Greene County Detention Center;
JORDAN DELANEY, Officer/CEO,
Greene County Detention Center;

| | |
|---|---|
| ALICIA HOUBLE, Grievance Responder, Greene County Detention Center; BRAD CARTER, Officer/CEO, Greene County Detention Center; CODY KELLY CALDWELL, Officer/CEO, Greene County Detention Center; SHANCHAZE, Sgt., Greene County Detention Center; HAYDEN HARTSFIELD, Officer/CEO, Greene County Detention Center; DOES | DEFENDANTS |

## ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 4*, granted. Hill's complaint will be dismissed without prejudice. FED. R. CIV. P. 41(a)(1).

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

27 May 2022